**Dismissed and Memorandum Opinion filed March 28, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-18-00732-CV

---

## MARIA MARILYN ALMONTE, Appellant

### V.

## NOB HILL LLC, D/B/A NOB HILL, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1111521**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 31, 2018. The clerk's record was filed September 6, 2018. The reporter's record was filed January 22, 2019. Appellant filed a brief on September 18, 2018. On January 29, 2019, this Court issued an order striking appellant's brief for failing to comply with the Texas Rules of Appellate Procedure. We ordered appellant to file a compliant brief by February 12, 2019. No brief was filed.

On February 28, 2019, this court issued an order stating that unless appellant

filed a brief on or before March 15, 2019 the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.